# HILARY B. MILLER
ATTORNEY AT LAW

ADMITTED TO PRACTICE IN
NEW YORK, CONNECTICUT,
DISTRICT OF COLUMBIA,
ENGLAND AND WALES,
AND FRANCE*

500 WEST PUTNAM AVENUE — SUITE 400
GREENWICH, CONNECTICUT 06830-6096
(203) 587-7000
FACSIMILE: (914) 206-3727

November 24, 2025

250 PARK AVENUE — 7TH FLOOR
NEW YORK, NEW YORK 10177-0799
(646) 350-0908

1629 K STREET, N.W. — SUITE 300
WASHINGTON, D.C. 20006-1631
(202) 449-9484

*INSCRIT AU BARREAU DE LYON SUR LA LISTE DES CONSULTANTS JURIDIQUES ÉTRANGERS EN DROITS ANGLAIS, GALLOIS ET AMERICAIN

hilary@miller.net

PLEASE REPLY TO:
Connecticut Office

---

**Request GRANTED. Any application to reopen must be filed by December 15, 2025; any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.**

**SO ORDERED.**

Dated: November 24, 2025
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

---

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

***Re:*** **Simerman v. MVMT Labs, Inc. — 24-cv-9187 (JLR)**

Dear Judge Rochon:

    This office represents plaintiff Daniel E. Simerman in the above-captioned matter. We respectfully write to request an enlargement of time of 17 days, from November 28 to December 15, 2025, of the period within which either party may make application to reopen this Court's sua sponte order of dismissal (ECF #38). Defendant's counsel has authorized me to represent that she does not oppose this request.

    By way of background, this matter was settled in principle on September 30 following mediation with Judge Parker. Today, as between the parties, no material issues remain unresolved. However, settlement transfers to be made to plaintiff require performances by third parties who are not under defendant's direction or control, and defendant's success in obtaining those transfers will not be known until December 8 at the earliest. Accordingly, we request that the outside date referred to in your above-referenced order be extended to one week following that date, or December 15, 2025. No previous request for extension of this date has been made.

    Thank you for your consideration in this matter, Judge Rochon.

Very truly yours,

*Hilary B. Miller*

HILARY B. MILLER

VIA ELECTRONIC MAIL AND ECF

c.c.: Joanna Rosen Forster, Esq.
     Mr. Daniel E. Simerman